

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LZ:RWN/SMS/BET
F. #2025R00028

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Kimberly Osorio
        Criminal Docket No. 25-182 (S-1) (RPK)

Dear Judge Kovner:

The government respectfully writes to clarify one sentence in its response to the defendant's motion to suppress, ECF No. 66, which the defendant has construed as a dispute of fact warranting an evidentiary hearing. In its response, the government wrote: "The defendant was told that the government, including the FBI, would ask her questions to assess her suitability as a suretor in Ruhani's criminal case, and her agreement to answer these questions was a knowing reinitiation of a conversation that evinced her willingness and desire to speak to the government." See ECF No. 66 at 30. The mid-sentence conjunction created an inadvertent ambiguity, which the defendant read to suggest that the government's position was that the defendant was told that she was agreeing to a reinitiation of a conversation from the prior day. See ECF No. 69 at 17.

To be clear, and contrary to the defendant's construction, the government was not suggesting that the defendant was told at the outset of the suretor interview that she was reinitiating the prior day's conversation. Rather, the sentence (and the government's position) was intended to be understood as follows: "The defendant was told that the government, including the FBI, would ask her questions to assess her suitability as a suretor in Ruhani's criminal case. Her agreement to answer these questions was a knowing reinitiation of a conversation that evinced her willingness and desire to speak to the government." Therefore, there is no dispute as to this

particular fact, and for the reasons set forth in the government's opposition brief, there is no dispute of material fact warranting an evidentiary hearing on the motion to suppress.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/ Russell Noble
Russell Noble
Sean M. Sherman
Brooke E. Theodora
Assistant U.S. Attorneys
(718) 254-6178

cc:     Clerk of Court (RPK) (by ECF)
Counsel of Record (by ECF)