

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:BET/RWN
F. #2025R00028

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2026

<u>By ECF and E-mail</u>

Adam Bolotin
The Law Offices of Adam Bolotin
41 Flatbush Avenue, Suite 226
New York, NY 11217
(646) 368-8688
<u>Email:</u> Adam@BolotinLaw.com

Paul P. Martin
Attorney at Law
1825 Park Avenue, Suite 1102
New York, NY 10035
(212) 809-0000
<u>Email:</u> ppm@paulpmartinlaw.com

> Re: United States v. Kimberly Osorio
> <u>Criminal Docket No. 25-182 (S-1) (RPK)</u>

Dear Counsel:

Enclosed please find a signed expert disclosure for Federal Bureau of Investigation Special Agent ("SA") Micah Friedman, provided in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement and/or correct this disclosure if appropriate. <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(vi). A report prepared by SA Friedman will be produced as soon as it becomes available, and the government will provide any additional expert disclosures as they become available.

The government also requests reciprocal discovery from the defendant pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:           /s/          
Brooke Theodora
Russell Noble
Assistant U.S. Attorneys
(718) 254-6342 / 6178

Enclosures

cc:    Clerk of Court (RPK) (without enclosures)